## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**ADALINE TORRES SANTIAGO,**
Plaintiff**,**

     **v.**                        **CIVIL NO.: 06-1349 (DRD)**

**GABRIEL ALCARAZ EMMANUELLI, et al.,**
Defendants,

### ORDER

     On November 29, 2005, U.S. District Judge Jay García Gregory transferred civil case # 05-2221, Illyak Negroni Santos v. Platinum Music, Inc. (seeking injunctive relief and wherein multiple conferences with counsel were held), to U.S. District Judge Daniel R. Domínguez (Docket # 3). In exchange, pursuant to Local Rule 3.2(b), this case (CV #06-1349) is hereby transferred in its entirety to the docket of Judge García.

     **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of April of 2006

                                                          s/ Daniel R. Dominguez
                                                          **DANIEL R. DOMINGUEZ**
                                                          **U.S. District Judge**