UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**ADALINE TORRES SANTIAGO,**
Plaintiff**,**

     v.                                                                       **CIVIL NO.: 06-1349 (DRD)**

**GABRIEL ALCARAZ EMMANUELLI, et al.,**
Defendants,

## **ORDER**

      On November 29, 2005, U.S. District Judge Jay García Gregory transferred civil case # 05-2221, Illyak Negroni Santos v. Platinum Music, Inc. (seeking injunctive relief and wherein multiple conferences with counsel were held), to U.S. District Judge Daniel R. Domínguez (Docket # 3). In exchange, pursuant to Local Rule 3.2(b), this case (CV #06-1349) is hereby transferred in its entirety to the docket of Judge García.

    **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of April of 2006

                                                                         s/ Daniel R. Dominguez
                                                                         **DANIEL R. DOMINGUEZ**
                                                                         **U.S. District Judge**